IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-30567

---

ARTHUR WASHINGTON

Plaintiff-Appellee,

versus

STATE OF LOUISIANA, on behalf of Louisiana Department of Health and Hospitals

Defendant-Appellant.

---

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-2271)

---

March 13, 1998

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

Louisiana's argument that Congress did not abrogate Eleventh Amendment immunity in enacting Title VII is without merit. See Fitzpatrick v. Bitzer, 427 U.S. 445 (1975). The judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.